# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 13, 2008

Charles R. Fulbruge III
Clerk

No. 07-60737
Summary Calendar

SILVER SLIPPER CASINO VENTURE, LLC, et al.,

Counter Defendants-Appellants,

v.

ELI INVESTMENTS, LLC,

Counter Claimant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi.
USDC No. 1:06-CV-00158

Before HIGGINBOTHAM, STEWART and ELROD, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-Appellants appeal the district court's dismissal of their complaint for lack of admiralty jurisdiction under 28 U.S.C. § 1333(1). For the reasons articulated in our recent opinion, Silver Slipper Casino Venture, LLC, et al. v. Eli Investments, LLC, No. 07-60330, we affirm the district court's ruling.

AFFIRMED.

---

[*] Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.